UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHON A. ASHTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:05CV20 HEA |
| ) | |
| MICHAEL BOWERSOX and JEREMIAH ) | |
| W. "JAY" NIXON, ) | |
| ) | |
| Respondents, ) | |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition of Shon A. Ashton for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court will not issue a Certificate of Appealability.

Dated this 9th day of January, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE